# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alysha Adams; Joanna Aud; Tracey Kiser; Sandy Gonzalez; Kirkk Webley; Rob Hartman<br><br>**Plaintiff,**<br>V.<br><br>Grossmont Cuyamaca Community College District<br><br>**Defendant.** | Case No.   23-cv-01220-JO-AHG<br><br>**NOTICE OF RELATED CASE** |

### REPORT OF CLERK PURSUANT TO RELATED CASE

Re:   "Low-Numbered" Case No.:   22-cv-00424-AGS-DDL

Title:   George et al v. Grossmont Cuyamaca Community College District Board Of Governors

The above "low-numbered" case and the present case appear to be related.

Within 7 days of receiving service of this document, or within 7 days of first appearing in this case, whichever is later, any party may file and serve an Objection pursuant to Civ. LR 40.1.g.  Any other party may file a Reply within 7 days of such Objection.
The judges assigned to the cases identified as related will decide if the cases are related within 7 days after the response is due.  If all of the judges agree that the appropriate criteria are met, a Low Number Order will issue.

Dated:   7/12/23

**John Morrill**, Clerk of Court,

By:  s/ L. Sotelo

L. Sotelo, Deputy