ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Mark R. Bresee          State Bar No. 167346
    MBresee@aalrr.com
Aaron V. O'Donnell      State Bar No. 185404
    AO'Donnell@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone:  (562) 653-3200
Fax:  (562) 653-3333

Attorneys for Defendants
GROSSMONT CUYAMACA COMMUNITY COLLEGE DISTRICT BOARD OF GOVERNORS, LYNN NEAULT, GCCCD BOARD OF TRUSTEES, DEBBIE JUSTESON, ELENA ADAMS, BRAD MONROE, LINDA CARTWRIGHT, JULIE SCHORR, BENJAMIN BLEVINS, KRISTIE MACOGAY, and AIMEE GALLAGHER

*[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSHA ADAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GROSSMONT CUYAMACA COMMUNITY COLLEGE DISTRICT BOARD OF GOVERNORS, et al., <br><br> Defendants. | Case No.   3:23-cv-01220-JO-AHG <br><br> **DEFENDANTS' CONSOLIDATED NOTICE OF NON-OBJECTION TO NOTICE OF RELATED CASE, AND SUPPORT FOR CONSOLIDATION [LOCAL RULE 40.1]** <br><br> Judge:         Hon. Jinsook Ohta <br> Action Filed:  March 9, 2022 <br><br> Hearing Date: August 30, 2023 <br>                      9:00 a.m. <br>                      Courtroom 4-C |

005533.00010
41878789.1

- 1 -

DEFENDANTS' NON-OBJECTION TO NOTICE OF RELATED CASE AND SUPPORT FOR CONSOLIDATION
U.S.D.C. Case No. 3:23-cv-01220-JO-AHG

# ADDITIONAL COUNSEL

ARTIANO SHINOFF
Paul V. Carelli, IV, Esq. (SBN 190773)
Email: PCarelli@as7law.com
Jack M. Sleeth Jr., Esq. (SBN 108638)
Email: JSleeth@as7law.com
3636 Fourth Avenue, Suite 200
San Diego, California 92103
Telephone: (619) 232-3122
Facsimile: (619) 232-3264

Attorneys for Defendants
SAN DIEGO COMMUNITY COLLEGE DISTRICT BOARD OF TRUSTEES,
BERNIE RHINERSON, CRAIG MILGRIM, GEYSIL ARROYO,
MARIA NIETO SENOUR, MARY GRAHAM, GREG SMITH,
NATALIA TRINH, VICTORIA OWUSU, and EDWARD BOREK


WALSH & ASSOCIATES, APC
Dennis J. Walsh, Esq. (SBN 106646)
Email: DWalsh@walshlawyers.com
Arash Arjang, Esq. (SBN 276237)
Email: AArjang@walshlawyers.com
16633 Ventura Boulevard, Suite 800
Encino, CA 91436
Telephone: (818) 986-1776
Facsimile: (818) 382-2071

Attorneys for Defendants
SOUTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT,
KATHLEEN F. BURKE, SOCCCD BOARD OF TRUSTEES,
MARCIA MILCHIKER, TIMOTHY JEMAL, CAROLYN INMON,
BARBARA J. JAY, T.J. PRENDERGAST III, JAMES R. WRIGHT,
TERRI WHITT RYDELL, CINDY VYSKOCIL, ELLIOT STERN,
and JOHN C. HERNANDEZ

005533.00010
41878789.1

- 2 -

DEFENDANTS' NON-OBJECTION TO NOTICE OF RELATED CASE AND SUPPORT FOR CONSOLIDATION
U.S.D.C. Case No. 3:23-cv-01220-JO-AHG

1 **TO THE COURT, ALL PLAINTIFFS, AND TO THEIR ATTORNEYS OF RECORD:**

All Defendants in this action hereby express <u>support</u> for and <u>non-objection</u> to the Notice of Related Case filed by Plaintiffs, i.e. *George et al. v. Grossmont-Cuyamaca Community College District*, Case No. 22-cv-00424-AGS-DDL, and support for action to consolidate the cases for all purposes.

The two cases are clearly related under the standards laid out in Southern District Local Rule 40.1, prompting Defendants to note the same in the Civil Cover Sheet, Section VIII (see ECF No. 1-1). Furthermore, Defendants contend, as was asserted in their Points and Authorities in Support of Defendants' Motion to Dismiss currently before this Court (see ECF No. 2-1, p. 10, n. 1), this case meets the standard for consolidation with the related case, and consolidation should occur. More specifically, the two cases: 1) arise from the same or substantially identical transactions, happenings, or events; 2) involve the same or substantially the same parties; 3) call for determination of the same or substantially identical questions of law; and 4) involve substantial duplication of labor if heard by different judges. (See Southern District Local Rule 40.1(e); see also *Single Chip Systems Corp. v. Intermec IP Corp.*, 495 F.Supp.2d 1052, 1057 (S.D. Cal. 2007) ("[T]he main question a court must address is whether there are common questions of law of fact," and consolidation occurs if it will promote convenience and conserve judicial resources by avoiding unnecessary delays, confusion, and prejudice [quoting *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984)]); *Investors Research Co. v. U.S. Dist. Ct. for Cent. Dist. of California*, 877 F.2d 777 (9th Cir. 1989) (Plaintiffs represented by same firm, filed a notice of related cases after filing the complaint in the second case [in state court], and Defendants here are identical) .

The *Adams* and *George* actions involve a significant number of common questions of law and fact, consolidation would serve the convenience of the parties, witnesses, counsel, and the Court, we are at the early stages of litigation with FRCP

005533.00010
41878789.1

- 3 -

DEFENDANTS' NON-OBJECTION TO NOTICE OF RELATED CASE AND SUPPORT FOR CONSOLIDATION
U.S.D.C. Case No. 3:23-cv-01220-JO-AHG

12b motions pending in two different courtrooms but raising the same legal and factual issues, and consolidation would not result in prejudice or cause confusion. The *Adams* and *George* cases should be consolidated for all purposes.

Respectfully submitted,

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

Dated: July 19, 2023    By:   /s/ Mark Bresee
                              Mark Bresee
                              Aaron O'Donnell
                              Attorneys for GCCCD Defendants

WALSH & ASSOCIATES

Dated: July 19, 2023    By:   /s/ Arash Arjang
                              Dennis Walsh
                              Arash Arjang
                              Attorneys for SOCCCD Defendants

ARTIANO SHINOFF

Dated: July 19, 2023    By:   /s/ Paul Carelli
                              Paul Carelli
                              Jack Sleeth
                              Attorneys for SDCCD Defendants

005533.00010
41878789.1

- 4 -

DEFENDANTS' NON-OBJECTION TO NOTICE OF RELATED CASE AND SUPPORT FOR CONSOLIDATION
U.S.D.C. Case No. 3:23-cv-01220-JO-AHG