

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Alysha Adams, et al

**Plaintiff,**

V.

Grossmont Cuyamaca Community College District, et al

**Defendant.**

**FILED**

05/05/2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:     J. Simmons , Deputy

**Civil No.**  23-cv-01220-AGS-DDL

**STRICKEN DOCUMENT:**

AMENDED COMPLAINT

**Per Order #     26**

17