

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alysha Adams, Joanna Aud, Tracey Kiser, Sandy Gonzalez, Kirkk Webley, Rob Hartman<br><br>**Plaintiff,**<br>v.<br><br>Grossmont Cuyamaca Community College District, Lynn Neault, Grossmont Cuyamaca Community College District Governing Board, Debbie Justeon, Elena Adams, Brad Monroe, Linda Cartwright, Julie Schorr, Aimee Gallagher, San Diego Community College District, Carlos O. Turner Cortez, San Diego Community College District Board of Trustees, Bernie Rhinerson, Craig Milgrim, Geysil Arroyo, Maria Nieto Senour, Marty Graham, Greg Smith, South Orange County Community College District, Kathleen F. Burke, South Orange County Community College District Board of Trustees, Marcia Milchiker, Timothy Jemal, Carolun Imnon, Barbara J. Jay, T.J. Prendergast III, James R. Wright, Terri Whitt Rydell, Cindy Vyskocil, Elliot Stern, John C. Hernandez<br>**Defendants.** | Civil Action No.   23cv1220-AGS-DDL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On June 7, 2024, the Court held a motion hearing. For the reasons stated on the record, the Court strikes the first amended complaint (ECF 17 ). Defendants dismissal motion (ECF 21 ) is denied as moot. Case closed.

Date:    6/18/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Simmons

J. Simmons, Deputy